Announced Wednesday, October 28

38967. The State of Ohio et al., appellees v. Raymond Lathem, Jr., appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38413. Donna C. Albrecht, appellee v. Estate of Gloria Jean Noie, appellant. Franklin County. To dismiss appeal. Overruled.

38465. The First National Bank of Cincinnati, appellee v. Berkshire Life Ins. Co., appellant, et al. Hamilton County. For taxing costs. Overruled.

38886. The State of Ohio, appellee v. Palmer Giles, appellant. Cuyahoga County. For leave to appeal. Overruled.

38967. The State of Ohio et al., appellees v. Raymond Latham, Jr., appellant. Franklin County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

38975. The State of Ohio, appellee v. Robert E. Neckar, appellant. Marion County. For leave to appeal. Overruled.